UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NRG HEAT and POWER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> B&G FUTURES, INC., STEVE DIPIETRO, and CHIRAG VYAS, individually, <br><br> Defendants. | Civil Action No. 2:17-cv-4536-(KSH)(CLW) <br><br> **FINAL JUDGMENT BY DEFAULT ORDER** |

**Katherine S. Hayden, U.S.D.J.**

  This matter having been opened to the Court by way of motion filed by plaintiff NRG Heat and Power, LLC (D.E. 8), seeking the entry of final judgment by default against defendants B&G Futures Inc. and Steve DiPietro pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the complaint in this matter was filed on June 21, 2017, seeking damages as a result of a breach of contract, quantum meruit, and account stated; and service of a copy of the summons and complaint having been effectuated on the defendants except for Chirag Vyas, who was not able to be served; and the time for the defendants to answer or otherwise respond to the complaint having expired; and no extensions having been requested or granted; and the defendants having failed to interpose an answer or otherwise respond to the complaint; and it appearing that default was duly entered by the Clerk of the Court against the defendants for the failure to plead or otherwise defend in this action; and plaintiff having provided the defendants with notice of the motion for judgment by default and

related documentation; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 18th day of June 2018,

**ORDERED, ADJUDGED AND DECREED** that plaintiff has judgment against the defendants B&G Futures, Inc. and Steve DiPietro in the amount of $120,000 plus cost of disbursement for the filing fee and process server fees in the amount of $780.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.